IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| OSCAR EDUARDO GALVIS-PENA, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 314-083 |
| STACEY N. STONE, Warden, | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, has filed an action under 28 U.S.C. § 2241. The record reflects that Petitioner has now paid the $5.00 filing fee after the Court denied his motion to proceed *in forma pauperis*, (doc. no. 3).

The United States Marshal is hereby directed to serve a copy of the petition and this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why Petitioner's writ should not be granted by filing a return and response with the Clerk of the U.S. District Court, Post Office Box 1130, Augusta, Georgia 30903, within twenty days of the date of service.

SO ORDERED this 25th day of August, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA