ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN 13 PM 3:25

CLERK _____
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

OSCAR EDUARDO GALVIS-PENA,           )
                                     )
            Petitioner,              )
                                     )
    v.                               )           CV 314-083
                                     )
STACEY N. STONE, Warden,             )
                                     )
            Respondent.              )

---

### O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 15). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 13th day of January, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE