# United States District Court
## *Southern District of Georgia*

OSCAR EDUARDO GALVIS-PENA,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV314-083

STACEY N. STONE, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 13, 2015, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the

petition is DENIED, this action is DIMISSED, and the case stands CLOSED.

January 13, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk